UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEROGEUX, LLC,<br><br>              Plaintiff,<br><br>        v.<br><br>PAUL WINKLER, et al.,<br><br>              Defendants. | Case No.17-cv-00572-NC<br><br>**ORDER TO SHOW CAUSE RE: VENUE** |

Civil Local Rule 3-2 sets forth the intra-district venue requirement that a case shall be assigned to the division in which the case arises. In this case, the disputed property is in Napa, California, which is within the jurisdiction of the San Francisco division. Thus, by March 17, 2017, plaintiff must show cause why venue in the San Jose division is proper. Defendant may file a response by March 20, 2017.

As a result, the Court resets the March 15 hearing to March 22 at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: March 14, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.17-cv-00572-NC