UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEROGEUX, LLC,<br>          Plaintiff,<br>    v.<br>PAUL WINKLER, et al.,<br>          Defendants. | Case No. 17-cv-00572 NC<br><br>**ORDER OF DISMISSAL** |

In consideration of the stipulation of the parties that this case may be dismissed without prejudice so that it may be filed in a proper forum (ECF 38), this case is DISMISSED without prejudice. The Court has not ruled on the merits. Each party must bear its own costs and fees of suit in this Court. The clerk of court is directed to terminate this file.

**IT IS SO ORDERED.**

Dated: March 21, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00572 NC